UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KANAPATHIPPILLAI THAYAPARAN,

    Petitioner,

v.                                             Case No. 2:16-CV-197

JEFF SESSIONS, et al.,                           HON. GORDON J. QUIST

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 14, 2017, Magistrate Judge Timothy Greeley issued a Report and Recommendation recommending that the Court deny Petitioner's habeas petition on the basis that Petitioner failed to show that his removal is unlikely in the reasonably foreseeable future. The Report and Recommendation was duly served on the parties by February 15, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).[1] Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that Magistrate Judge Greeley's Report and Recommendation issued February 14, 2017 (ECF No. 10) is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition pursuant to 28 U.S.C. § 2241 is **DENIED**.

---

[1] The Court notes that the copy of the Report and Recommendation sent to Petitioner was returned on February 23, 2017, marked "Inmate Transferred." Petitioner's failure to update the Court with his current address is itself a separate ground for dismissal "for want of prosecution." W.D. Mich. LCivR 41.1.

A separate judgment will issue.[2]

This case is **concluded**.

Dated: March 8, 2017                                         /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE

---

[2] Jeff Sessions has been substituted for Loretta Lynch pursuant to Federal Rule of Civil Procedure 25(d).